IN THE SUPREME COURT OF TEXAS

 No. 05-0249

 IN RE DISCOUNT RENTAL, INC.

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's motion for emergency stay, filed April 1, 2005, is
granted. The order dated December 6, 2004, implementing the order of
March 25, 2004, as modified, in Cause No. 2003-996-3, styled William M.
Carter and Barbara A. Carter v. Discount Rental, Inc., in the 74th District
Court of McLennan County, Texas, is stayed pending further order of this
Court.

 Done at the City of Austin, this April 15, 2005.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk